# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Shawn Alan Gillick

V.

Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  12-cv-01810-LAB-PCL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted. Plaintiff's motion for summary judgment is Denied, and Defendant's motion for summary judgment is Granted. The complaint is therefore Dismissed with prejudice.

| September 19, 2013 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/L Odierno |
| | (By) Deputy Clerk |
| | ENTERED ON September 19, 2013 |

12-cv-01810-LAB-PCL